## BOND, ADMINISTRATOR, v. SAFFELL.

[No. 2,120.   Filed October 28, 1897.]

From the Henry Circuit Court. *Affirmed.*

*John M. Morris, D. W. Chambers, W. A. Brown* and *James Brown*, for appellant.

*M. E. Forkner* and *W. O. Barnard*, for appellee.

WILEY, C. J.—The record in this case presents for determination the identical questions that were decided by this court in the case of *Bond, Admr.*, v. *Holloway*, *ante*, 251, and upon the authority of that decision the judgment is affirmed.